■ MILDRED BELEN ROMAN, Appellant, v 233 BROADWAY OWNERS, LLC, et al., Respondents. (And a Third-Party Action.) [951 NYS2d 904]—

The plaintiff's contention that the Supreme Court erred in granting the defendant ADT Security Services, Inc., leave to serve and file successive motions for summary judgment is improperly raised for the first time on this appeal and, therefore, is not properly before this Court.

There is no merit to the plaintiff's remaining contention that her note of issue should be reinstated. Angiolillo, J.P., Dickerson, Belen and Chambers, JJ., concur.